Argued June 21, affirmed June 21, 1971

STATE OF OREGON, *Respondent, v.*
MICHAEL BLISS, aka DANIEL HERBERT
KING, *Appellant.*

485 P2d 1233

*Carl E. Mautz,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.